

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

**NO. 02-17-00085-CR**
**NO. 02-17-00086-CR**
**NO. 02-17-00087-CR**

DARNELL HAYNIE AKA DARNELL HANEY                                      APPELLANT

V.

THE STATE OF TEXAS                                                            STATE

------------

FROM THE 297TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 1485870D, 1440818D, 1442689D

------------

## ORDER

------------

On June 23, 2017, Valerie K. Allen, official court reporter for the 297th District Court, certified to this court that she was unable to convert Court's Exhibit 1 and State's Exhibit Nos. 10, 17, 52, 53 and 54 "into a format and/or size compatible with the requirements of the TAMES portal, the Uniform Format Manual for Texas Reporters' Records, and Appendix C of the Rules of Appellate Procedure."

Consequently, this court requested, and pursuant to this court's June 28, 2018 order, the trial court clerk delivered, the originals of Court's Exhibit No. 1 (DVD), State's Exhibit No. 10 (CD), State's Exhibit No. 17 (DVD), State's Exhibit No. 52 (DVD), State's Exhibit No. 53 (DVD), and State's Exhibit No. 54 (DVD) for review.   Upon receipt of these items, the court reviewed them and determined the following:

- State's Exhibit No. 10 can be converted into seven .avi files, of which four are under the 2 gigabyte limit for uploading to TAMES;

- State's Exhibit 17 is in the .mp4 format and can be uploaded to TAMES;

- the files in the video from "Tumbleweeds" in State's Exhibit 53 are in the .avi format and can be uploaded to TAMES; and

- the files in State's Exhibit 54, while in a proprietary format, can be converted into eight .avi files with the supplied player and then can be uploaded to TAMES.

Accordingly, we return State's Exhibits 10, 17, 53, and 54 to the trial court clerk and order that Valerie K. Allen shall upload these documents to TAMES in compliance with applicable rules no later than **Monday, July 30, 2018**.   The remaining exhibits will be returned to the trial court upon issuance of the mandate.

The clerk of this court is directed to transmit a copy of this order to the attorneys of record, the trial court judge, the trial court clerk, and the court reporter.

2

DATED July 19, 2018.

PER CURIAM